UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KAITLYN HOWARD | ) |
| Plaintiff | ) ) ) |
| vs. | ) CAUSE NO. ) |
| OFFICER SEAN LIESENFELT, VALPARAISO POLICE DEPARTMENT THE CITY OF VALPARAISO, INDIANA | ) ) ) ) |
| Defendants | ) ) |

## NOTICE OF APPEARANCE

To:   The Clerk of court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Kaitlyn Howard**

Date: July 28, 2025

/s/ Lloyd P. Mullen
*Attorney's signature*

Lloyd P. Mullen #14915-19
*Printed name and bar number*

113 W. Joliet Street, Crown Point, IN 46307
*Address*

attorneymullen@gmail.com
*E-mail address*

219-661-1529
*Telephone number*

219-661-1528
*FAX number*

## CERTIFICATE OF SERVICE

I certify that on July 28, 2025, I served a copy of the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Lloyd P. Mullen
Lloyd P. Mullen, #14915-19
Mullen & Associates, P.C.
113 W. Joliet Street
Crown Point, IN 46307
Phone: 219-661-1529
Fax: 219-661-1528
attorneymullen@gmail.com