UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| KAITLYN HOWARD,<br>　　　　PLAINTIFF, | ) ) ) | |
| V. | ) ) | CAUSE NO. 2:25-CV-339-GSL-JEM |
| OFFICER SEAN LIESENFELT, *ET AL.*,<br>　　　　DEFENDANTS. | ) ) | |

## MOTION TO DISMISS

Defendants OFFICER SEAN LIESENFELT, VALPARAISO POLICE DEPARTMENT, and CITY OF VALPARAISO, by and through their attorneys MATTHEW S. CLARK and JOSEPH W. SMITH of CLARK JOHNSON & KNIGHT, LTD., and pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss the Complaint, and in support thereof state:

1. In this action, Plaintiff asserts claims against Defendants under 42 U.S.C. § 1983 for false arrest and excessive force related to her arrest on July 29, 2023. *See* ECF #1, ¶34.

2. Until such time as Plaintiff's conviction in *State of Indiana v. Kaitlyn D. Howard*, 65D02-2307-F6-6852, has been vacated or invalidated, Plaintiff's claims are barred under *Heck v. Humphrey*, 512 U.S. 477 (1994), because Plaintiff's claims necessarily imply the invalidity of her conviction.

3. The Complaint fails to state a claim because, under Indiana preclusion principles, Plaintiff's conviction in *State of Indiana v. Kaitlyn D. Howard*, 65D02-2307-F6-6852, precludes her from denying that reasonable suspicion and/or probable cause existed, and precludes her from disputing that she engaged in the conduct for which she was convicted.

WHEREFORE, Defendants Officer Sean Liesenfelt, Valparaiso Police Department, and

City of Valparaiso pray the Court enter an Order dismissing the Complaint, and ordering such

further relief as the Court deems just.

Respectfully submitted,

/s/ Joseph W. Smith
Joseph W. Smith (#29663-64)

CLARK JOHNSON & KNIGHT, LTD.
233 E. 84th Drive, Suite 301
Merrillville, IN 46410
Phone: 219.322.0830; Fax: 219.322.0834
Email: JSmith@cjklaw.com
Attorneys for Defendants, Officer Sean Liesenfelt,
Valparaiso Police Department, and City of Valparaiso

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, the foregoing document was electronically filed with
the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

- Matthew S. Clark, mclark@cjklaw.com; kstocco@cjklaw.com
- Joseph W. Smith, jsmith@cjklaw.com; shazi@cjklaw.com

**MANUAL NOTICE TO:**  Kaitlyn Howard, 298-3 East 1300 North, Chesterton, IN 46304

/s/ Joseph W. Smith
JOSEPH W. SMITH (#29663-64)

26-06-01 MTD 8568